FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 MAR 26 PM 1:58

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| Natalie A. Mather<br>1455 N. Garfield St.<br>Fremont, NE 68025<br><br>    Plaintiff,<br><br>    vs.<br><br>Raymond Mather<br>26920 Pioneer Hwy.<br>Stanwood, WA 98292<br><br>    Defendant | Case No. 8:15CV104 |

**COMPLAINT**

Comes now the Plaintiff in the above styled action and does show cause for complaint as follows:

1.    This is an action sustained by Natalie A. Mather, hereinafter Plaintiff Mather, and sues the Defendant, Raymond Mather, alleging: (a) physical abuse causing damage, and (b) sexual assault by force.

1

## Jurisdiction and Venue

2. This court obtains jurisdiction over this case based upon diversity of citizenship where the parties are citizens of different states, therefore diversity jurisdiction exists. 28 U.S.C. § 1332.

3. Venue is proper in the District of Nebraska because each event giving rise to this action accrued in the District of Nebraska. 28 U.S.C. § 1391.

## Parties

4. Plaintiff, Natalie A. Mather, exists as the lawful and biological sister of Defendant, Raymond Mather.

5. Defendant, Raymond Mather, exists as the lawful and biological brother of Plaintiff, Natalie A. Mather, and resided jointly and together throughout a lengthy duration of their previous childhood.

## Statement of Facts

6. Some case history establishes that the brother and sister (the siblings) at a very early age were removed from the care of their natural and biological mother, then being raised and cared for by their grandparents, Raymond (Jim), and Nina Mather.

7. The siblings' grandparents sought and obtained a legally binding custody order sufficing judicial authority in which to care, provide for, and raise the children.

8. Defendant Mather was engaged in high school wrestling at which caused an overly controlling and even so much as violent-natured attitude.

9. Upon such time at which Plaintiff Mather was solely at the age of four years old, Defendant Mather viciously, aggressively and full of anger attacked Plaintiff Mather, grabbing her with an excessively harsh grip, both of her hands, and most maliciously broke, cracked, and clearly shattered beyond reasonable treatment or repair, all ten of her fingers.

10. Plaintiff Mather was in fact immediately transported to the local Blair, Nebraska hospital, and attended the emergency department where she obtained medical treatment, sufficing her injuries.

11. To date, and clearly verifiable through the firm notation of her physician/specialist, all ten of her fingers upon both hands are still yet impaired at the sole and isolated cause of Defendant Mather's actions of aggression, and has been clearly verified through a recent X-ray of the impairment and of her current physician's X-ray examination to date.

### The Sexual Assault

12. During such stage at which Plaintiff Mather was at the age of nine (9) years old, Defendant Mather commenced into engaging in sexual advances towards her, touching in a "private" realm, concisely upon her vagina, and rubbed his hand all in between her legs, and commenced into feeling of her buttocks with his hand. Plaintiff Mather made most clear to Defendant Mather that any and all of his sexual advances and even mere contact was undesired.

13. Despite Plaintiff Mather's clear direction, Defendant Mather continued, and did hold Plaintiff Mather down upon her bed with excessive force, bringing unbearable pain upon her arms in pressing her down, not allowing her to free herself, as she in fact continued to attempt to do.

14. To date, Plaintiff Mather suffers severe hardship and injury, caused at the hands of Defendant Mather, where she in fact still yet is undergoing therapy, and treatment as such in sole, and clear results of the excessive depression, emotional trauma, excessive fear, and mental anguish, caused and solely brought upon at the hands of Defendant Mather.

### Claim One

15. Defendant viciously, recklessly, and aggressively caused irreparable harm upon Plaintiff, causing a lifelong impairment, upon such time at which he inflicted severe injury, breaking all ten of her fingers.

3

## Claim Two

16. Defendant sexually assaulted and molested Plaintiff with intent, and without privilege or consent, leaving a lifelong traumatizing fear upon her, not limited to the excessive and unbearable mental and emotional anguish caused solely at the hands of Defendant Mather.

**WHEREFORE**, upon the premises considered, it is respectfully requested upon this honorable court that judgment be entered as follows:

(a) Enter an order finding that declaratory judgment and injunctive relief would not be appropriate in this specific case, thus, a mere damage claim against Defendant is more appropriate.

(b) Enter judgment against Defendant sufficing punitive damage awards in an amount of three hundred thousand dollars ($300,000).

(c) Enter judgment against Defendant sufficing actual damages in an amount of four hundred and twenty-five thousand dollars ($425,000).

(d) Enter judgment against Defendant sufficing compensatory damage awards, resulting her medical treatment, in sole result of injury caused and brought upon at the hands of Defendant, in an amount of twelve thousand dollars ($12,000).

(e) Jury demand.

Signed this 26th day of February, 2015

I declare under the penalty of perjury the foregoing to be true and correct to the best of my knowledge, and upon information and belief.

[Signature of Plaintiff]

Respectfully submitted
Natalie A. Mather
1455 N. Garfield St.
Fremont, NE 68025
(406) 299-0362

JS 44 (Rev. 12/12)                         **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**: NATALIE A. MATHER

**DEFENDANTS**: RAYMOND MATHER

**(b)** County of Residence of First Listed Plaintiff: Dodge
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*:
NATALIE A. MATHER
(Pro-Se) 1455 N. Garfield St
Fremont NE 68025

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Diversity of citizenship 28 U.S.C. 1332.
Brief description of cause: Personal injury, Physical damage

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 737,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE: 02/26/2015
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

FROM:

NATALIE MATHER
1455 N. Garfield.,
Fremont, NE 68025



TO:

Clerk, U.S. Dist court.
Federal courthouse
111 S. 18th Plaza.
Suite # 1152.
Omaha, NE 68102

RECEIVED
MAR 26 2015
CLERK
U.S. DISTRICT COURT
OMAHA

Utility Mailer
10 1/2" x 16"

